UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENDRIK BLOCK,<br>        Plaintiff,<br><br>        v.<br><br>KY PENG PHUON dba GARLIC CITY CASINO; TN PROPERTIES, LLC,<br><br>        Defendants. | Case No. 5:15-cv-02068-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

This court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated, and all pending motions are terminated.

**On or before October 26, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 3, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **November 10, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1   statement in response to this Order.

2       SO ORDERED.

3   Dated:   September 25, 2015

                                                                HOWARD R. LLOYD
                                                                United States Magistrate Judge

5:15-cv-02068-HRL Notice has been electronically mailed to:

Roger David Hecht     roger@farlinghechtanddavis.com

Steven Todd Knuppel     knuppellaw@yahoo.com

Tanya Eugene Moore     tanya@moorelawfirm.com, david@moorelawfirm.com, isaac@moorelawfirm.com, marejka@moorelawfirm.com, marsha@moorelawfirm.com, whitney@moorelawfirm.com